**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST CO.,** | ) | |
| **Successor in interest to Colonial Bank, by** | ) | |
| **Asset acquisition from the FDIC, as** | ) | |
| **Receiver for Colonial Bank,** | ) | |
| | ) | **Civil Action No. 10-00289-KD-C** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **W.K. BRENT BROADERIP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Orders issued in this case (Docs. 57, 65), it is hereby **ORDERED,**
**ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Branch Banking
and Trust Co. and against Defendant W.K. Broaderip, such that the Plaintiff is entitled to a total
award of **$2,257,918.70** from said defendant (consisting of damages in the amount of $2,149,430.32
and attorneys' fees and costs/expenses in the amount of $108,488.38).

**DONE** and **ORDERED** this the **14th** day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1