IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRANCH BANKING AND TRUST CO., Successor in interest to Colonial Bank, by Asset acquisition from the FDIC, as Receiver for Colonial Bank, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 10-00289-KD-C |
| v. | ) ) ) | |
| W.K. BRENT BROADERIP, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Orders issued in this case (Docs. 57, 65), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Branch Banking and Trust Co. and against Defendant W.K. Broaderip, such that the Plaintiff is entitled to a total award of **$2,257,918.70** from said defendant (consisting of damages in the amount of $2,149,430.32 and attorneys' fees and costs/expenses in the amount of $108,488.38).

**DONE** and **ORDERED** this the **14th** day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**